UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 23-029972
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

**Order Filed on December 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MIRTHA G. MIRA,
      DEBTOR

Case No.: 23-17984-RG

Judge: HONORABLE ROSEMARY GAMBARDELLA

Chapter: 13

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 12, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

      This matter being opened to the Court by Steven D. Pertuz, attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and Nationstar Mortgage LLC, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for entry of this Consent Order, and for other good cause shown,

1.     Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 156-158 Elizabeth Avenue, Elizabeth, NJ 07206.

2.     At the time of bankruptcy filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $137,573.06; as evidenced in Secured Creditor's Proof of Claim 1-1 filed on November 21, 2023.

3.     Debtor(s) will apply through Secured Creditor for a loan modification to cure the pre-petition arrears on the mortgage loan secured by 156-158 Elizabeth Avenue, Elizabeth, NJ 07206.

4.     This loan modification review shall be completed by February 22, 2024, or as further ordered by the Court.

5.     Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $2,299.20 monthly, unless adequate protection post-petition payments have been otherwise ordered by the Court pursuant to any active participation in the Court's Loss Mitigation Program.

6.     If a loan modification is not completed by February 22, 2024, or as further ordered by the Court, Debtor(s) must within fourteen (14) days thereof: 1) modify the Chapter 13 Plan to fully cure Secured Creditor's pre-petition arrearages of $137,573.06 as filed in Proof of Claim No. 1-1; or 2) modify the Chapter 13 Plan to surrender the subject property; or 3) Convert to a Chapter 7 case.

7.     Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on November 6, 2023; ECF Doc.:18.

8.     This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan and any Order Confirming Chapter 13 Plan as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                     Date: 12-12-2023
_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____                                    Date: 12/11/23
Steven D. Pertuz, Esquire
Attorney for the Debtor(s)