STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE
SUITE 304
WEST ORANGE, NJ  07052

| | | | |
|---|---|---|---|
| Re: | MIRTHA G. MIRA<br>158 ELIZABETH AVENUE<br>ELIZABETH,  NJ  07206 | Atty: | STEVEN D. PERTUZ<br>LAW OFFICES OF STEVEN D. PERTUZ, LLC<br>111 NORTHFIELD AVENUE<br>SUITE 304<br>WEST ORANGE, NJ  07052 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-17984

**RECEIPTS AS OF 01/01/2024**                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/24/2023 | $800.00 | | 11/29/2023 | $800.00 | 9504108000 |

**Total Receipts:** $1,600.00  -  **Amount Refunded to Debtor:** $0.00  =  **Receipts Applied to Plan:** $1,600.00

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 192.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 137,573.06 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $192.00**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $1,600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $192.00    =    Funds on Hand: $2,208.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.