UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:       CASE NO.: 23-17984
     CHAPTER 13

**Mirtha G. Mira,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA   30004**

     Robertson, Anschutz, Schneid, Crane
     & Partners, PLLC
     Attorneys for Secured Creditor
     13010 Morris Road, Suite 450
     Alpharetta, GA   30004
     Telephone:  (470) 321-7112
     Facsimile:  (404) 393-1425


     By: /s/Sherri Dicks
         Sherri Dicks
         Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MIRTHA G. MIRA
158 ELIZABETH AVENUE
ELIZABETH, NJ 07206

And via electronic mail to:

LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE, SUITE 304
WEST ORANGE, NJ 07052

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE 30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill