Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17984−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mirtha G. Mira
   158 Elizabeth Avenue
   Elizabeth, NJ 07206

Social Security No.:
   xxx−xx−9918

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/4/24 at 10:00 AM

to consider and act upon the following:

**50** − Certification in Opposition to (related document:47 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/31/2024. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Steven D. Pertuz on behalf of Mirtha G. Mira. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 11/1/24

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court