STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE
SUITE 304
WEST ORANGE, NJ 07052

Re: MIRTHA G. MIRA
158 ELIZABETH AVENUE
ELIZABETH, NJ 07206

Atty: STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE
SUITE 304
WEST ORANGE, NJ 07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
**Chapter 13 Case # 23-17984**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/24/2023 | $800.00 | | 11/29/2023 | $800.00 | 9504108000 |
| 01/05/2024 | $800.00 | | 01/31/2024 | $800.00 | 9608560000 |
| 03/26/2024 | $1,600.00 | | 05/06/2024 | $806.00 | |
| 05/29/2024 | $800.00 | | 06/18/2024 | $800.00 | |
| 08/02/2024 | $800.00 | | 09/09/2024 | $805.00 | |
| 10/10/2024 | $805.00 | | 11/12/2024 | $805.00 | |
| 12/09/2024 | $805.00 | | | | |

**Total Receipts: $11,226.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $11,226.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 03/11/2024 | $2,944.00 | 924,273 | 04/15/2024 | $1,472.00 | 925,681 |
| | 05/10/2024 | $741.52 | 927,190 | 06/17/2024 | $736.00 | 928,549 |
| | 07/15/2024 | $736.00 | 930,067 | 08/19/2024 | $760.00 | 931,459 |
| | 09/16/2024 | $764.75 | 932,964 | 10/21/2024 | $756.70 | 934,313 |
| | 11/18/2024 | $32.70 | 935,813 | 11/18/2024 | $724.00 | 935,813 |
| | 12/16/2024 | $756.70 | 937,197 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 849.93 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 137,573.06 | 100.00% | 10,457.07 | 127,115.99 |
| 0004 | NATIONSTAR MORTGAGE LLC | ADMINISTRATIVI | 724.00 | 100.00% | 724.00 | 0.00 |

**Total Paid: $12,031.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $11,226.00 - Paid to Claims: $11,181.07 - Admin Costs Paid: $849.93 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.