| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>　　MIRTHA G. MIRA |

Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-17984 TBA

Hearing Date:  7/16/2025

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 16, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): MIRTHA G. MIRA

Case No.: 23-17984

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/16/2025 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to Participate in the Court's Loss Mitigation Program by 7/25/2025 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Motion to Participate in the Court's Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.