Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                             Case No.:  23−17984−TBA
                             Chapter:  13
                             Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mirtha G. Mira
   158 Elizabeth Avenue
   Elizabeth, NJ 07206

Social Security No.:
   xxx−xx−9918

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/25 at 10:00 AM

to consider and act upon the following:

*69* − Motion for Approval to Participate in the Court's Loss Mitigation Program. Filed by Steven D. Pertuz on behalf of Mirtha G. Mira. Hearing scheduled for 8/20/2025 at 10:00 AM, TBA − Courtroom 3E, Newark.. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary A # 3 Proposed Order # 4 Certificate of Service) (Pertuz, Steven)

Dated: 8/21/25

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court