Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

___

Case No.:  23–17984–TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mirtha G. Mira
  158 Elizabeth Avenue
  Elizabeth, NJ 07206

Social Security No.:
  xxx–xx–9918

Employer's Tax I.D. No.:

___

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/17/25 at 10:00 AM

to consider and act upon the following:

*76* – Notice of Hearing for: Debtor's Objection to Certification of Default of Standing Trustee. (related document:73 Certification of Default of Standing Trustee filed by Trustee Marie–Ann Greenberg, 75 Certification in Opposition to filed by Steven D. Pertuz on behalf of Debtor Mirtha G. Mira. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 11/19/2025 at 10:00 AM, TBA – Courtroom 3E, Newark. (km)

Dated: 11/20/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court