Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 23−17984−TBA
                        Chapter: 13
                        Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mirtha G. Mira
   158 Elizabeth Avenue
   Elizabeth, NJ 07206

Social Security No.:
   xxx−xx−9918

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/7/26 at 10:00 AM

to consider and act upon the following:

*76* − Notice of Hearing for: Debtor's Objection to Certification of Default of Standing Trustee. (related document:73 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg, 75 Certification in Opposition to filed by Steven D. Pertuz on behalf of Debtor Mirtha G. Mira. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 11/19/2025 at 10:00 AM, TBA − Courtroom 3E, Newark. (km)

Dated: 12/18/25

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court