Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−17984−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mirtha G. Mira
158 Elizabeth Avenue
Elizabeth, NJ 07206

Social Security No.:
xxx−xx−9918

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 346 3948, Click on JOIN using passcode 337273, or call 1−646−828−7666

on 5/20/26 at 10:00 AM

to consider and act upon the following:

*89* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/30/2026. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*91* − Certification in Opposition to (related document:89 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/30/2026. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Steven D. Pertuz on behalf of Mirtha G. Mira. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 5/1/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court