**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

IN RE:                                           Case No. 23-17984-MEH
                                                 Chapter 13

Mirtha G. Mira

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 009221995
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 30th day of July, 2026, to the following:

Steven D. Pertuz
Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue
Suite 304
West Orange, NJ 07052
pertuzlaw@verizon.net
*Attorney for Debtor(s)*

Marie-Ann Greenberg
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
Info@magtrustee.com
*Chapter 13 Trustee*

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Mirtha G. Mira
158 Elizabeth Avenue
Elizabeth, NJ 07206

*Debtor(s)*

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire